# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   6:09-cv-0351

UNITED FOOD & COMMERCIAL WORKERS
LOCAL ONE PENSION FUND and its TRUSTEES
        and
UNITED FOOD & COMMERCIAL WORKERS
LOCAL ONE HEALTH CARE FUND and its
TRUSTEES

        - v -

DENLIN FOODS, INC.

[  ]    Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ x ]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the United Food & Commercial Workers Local One Pension Fund and its Trustees shall have judgment against Denlin Foods, Inc. in the total amount of $ 5,388.17, representing the principal sum of $ 886.00, together with interest in the amount of $ 372.27, up to and including July 15, 2009, and liquidated damages in the amount of $ 177.20, plus reasonable attorneys' fees and costs in the amount of $ 3,592.70; and it is further

ORDERED, that the United Food & Commercial Workers Local One Health Care Fund and its Trustees shall have judgment against Denlin Foods, Inc., in the total amount of $ 19,377.70, representing the principal sum of $ 11,255.00, together with interest in the amount of $ 4,728.95, up to and including July 15, 2009, and liquidated damages in the amount of $ 2,251.00, plus reasonable attorneys' fees and costs in the amount of $ 1,142.75;

All in accordance with the Order Granting Default Judgment of the Honorable David N. Hurd, United States District Judge, filed September 11, 2009.

**September 11, 2009**
**DATE**

*[signature]*
Clerk of Court

    **C. Mergenthaler**
**(BY) DEPUTY CLERK**

**Entered and served** 9/11/09